IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RONDALL CLYDE MIXSON,** | ) | **CASE NO. 7:11CV00308** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| **WARDEN,** | ) | **By: Glen E. Conrad** |
| | ) | **Chief United States District Judge** |
| **Respondent.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the motion to dismiss (ECF No. 5) is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER**: This 30th day of September, 2011.

                                           /s/ Glen E. Conrad
                                     Chief United States District Judge